IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL DOCKET NO. 1:17CR73-RLV-DLH-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| ) | **AMENDED** |
| vs. ) | **O R D E R** |
| ) | |
| DAVID R. PAYNE, ) | |
|     Defendant. ) | |

**THIS MATTER** is before the Court upon Defendant's Joint Motion To Continue and Joint Request That Court Enter Scheduling Order in this matter, which is currently scheduled for Sentencing on July 24, 2018, in the Asheville Division. For the reasons stated in the Defendant's Motion, the Court finds that good cause has been shown to continue this matter. Furthermore, due to some conflicts with the Court's schedule, the Sentencing Hearing in this matter will be held in Statesville Division instead of the Asheville Division.

**IT IS, THEREFORE, ORDERED** that Defendant's Joint Motion for a continuance is **GRANTED**. Consequently, the Sentencing Hearing scheduled for July 24, 2018, sentencing term in the Asheville Division is hereby continued to September 4, 2018, at the <u>United States Courthouse, 200 West Broad Street, Statesville, North Carolina, in the Statesville Division.</u> **IT IS, FURTHER, ORDERED** that the request for the Court to enter a Scheduling Order as stated in paragraph eight of the Defendant's Joint Motion is **GRANTED**.

Signed: July 11, 2018

*Richard L. Voorhees*
Richard L. Voorhees
United States District Judge