# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 cr 73

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DAVID R. PAYNE, | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is the Government's Motion to Seal the Attachments to the Sentencing Memorandum [# 42]. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to such materials, and alternatives to sealing. The Court finds that no less restrictive means other than sealing is sufficient because a public filing of such sentencing materials would reveal people's personal banking information. The Court will, however, consider any future request to unseal such materials.

Accordingly, the Court **GRANTS** the Motion [# 42]. The Court **DIRECTS** the Clerk to **SEAL** the attachments to the Government's Sentencing Memorandum [# 41].

Signed: August 24, 2018

Dennis L. Howell
United States Magistrate Judge