# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 CR 73

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| DAVID R. PAYNE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on Defendant's Motion to Reconsider (# 50). Defendant intended to request September 28, 2018 as the date he has until to respond to the Government's sentencing memorandum. Id. at 1. The Government does not object. Id.

Good cause has been shown for the requested relief. Therefore, Defendant's Motion to Reconsider (# 50) is GRANTED. **Defendant has until and through September 28, 2018 to respond to the Government's sentencing memorandum.**

Signed: September 24, 2018

_____
Dennis L. Howell
United States Magistrate Judge