**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 CR 73**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| DAVID R. PAYNE, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

This matter is before the Court on Defendant's Motion to Seal (# 53). Defendant requests that his Supplemental Response to the Sentencing Memorandum with attachments (# 52) be filed under seal. Def.'s Mot. Seal (# 53) at 1. Defendant represents that the documents at issue are personal and contain financial information about Defendant and/or others that are sensitive and confidential. Id.

Defendant has shown sufficient reasons for the relief he seeks. Therefore, Defendant's Motion to Seal (# 53) is GRANTED. **Defendant's Supplemental Response to the Sentencing Memorandum with attachments (# 52) is to be maintained under seal until further order of this Court.**

Signed: October 3, 2018

*[signature]*

Dennis L. Howell
United States Magistrate Judge